UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 18-cr-118-01-LM |
| v. | ) | |
| JOHN HERNANDEZ | ) | |

**INDICTMENT**

The Grand Jury charges:

COUNT ONE
Possession with Intent to Distribute a Controlled Substance
21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(vi)

On or about March 26, 2018, in the District of New Hampshire and elsewhere, the defendant

JOHN HERNANDEZ

a/k/a JOHN E. HERNANDEZ

did knowingly and intentionally possess with intent to distribute a controlled substance, specifically, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

**NOTICE OF CRIMINAL FORFEITURE**
**PURSUANT TO 21 U.S.C. § 853(a)(1) and (2)**

Count One of this Indictment is re-alleged as if fully set forth and incorporated by reference for alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2). Upon conviction of the offense alleged in Count One of this Indictment, the defendant, JOHN HERNANDEZ, shall forfeit to the United States, any property constituting, or derived from, or proceeds obtained, directly or indirectly, as a result of the charged offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

A TRUE BILL

Dated: July 25, 2018

/s/ Grand Jury Foreperson
FOREPERSON

SCOTT W. MURRAY
UNITED STATES ATTORNEY

/s/ Charles L. Rombeau
By: Charles L. Rombeau
Assistant U.S. Attorney